AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MARYLAND

FILED
LODGED
MAR 07 2007
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DEMAR MOORE | ) | Case No: CCB-95-0170 |
| | ) | USM No: 30456-037 |
| Date of Previous Judgment: March 2, 2001 | ) | Assistant Federal Public Defender Denise Barrett |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188__ months is reduced to __time served__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __38__    Amended Offense Level: __36__
Criminal History Category: __I__    Criminal History Category: __I__
Previous Guideline Range: __235__ to __293__ months    Amended Guideline Range: __188__ to __235__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __March 2, 2001__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 7, 2008__

Effective __March 17, 2008__
(if different from order date)

Catherine C. Blake, U.S. District Judge
Printed name and title